716 A.2d 529

IN THE MATTER OF ROGER A. LEVY, AN ATTORNEY AT LAW.

September 11, 1998.

## ORDER

The Disciplinary Review Board on July 21, 1998, having filed with the Court its decision concluding that **ROGER A. LEVY** of **BROOKLYN, NEW YORK,** who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of three months for violating *Rule* 1:20–1(d) (practicing while on the ineligible list of the Client Protection Fund); *Rule* 1:21–6 and *RPC* 1.15(d) (failure to maintain business and trust accounts); and *Rule* 1:21–1(a) and *RPC* 5.5(a) (failure to maintain a *bona fide* office in New Jersey);

And good cause appearing;

It is ORDERED that **ROGER A. LEVY** is hereby suspended from the practice of law for a period of three months, effective immediately, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.